UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RITA COTE, also known as Rita Enriquez-Perdomo,

    Plaintiff,

v.                                  Case No. 5:11-cv-30-Oc-10GRJ

GARY S. BORDERS, in his official capacity as Lake County Sheriff,

    Defendant.

## ORDER

Pending before the Court is Defendant's Unopposed Motion for Permission to Release Documents and Memorandum of Law (Doc. 13). Counsel for defendant has now filed Defendant's Notice of Mootness (Doc. 23) which informs the Court that the defendant's earlier filed motion for permission to release two ICE detainers is now moot. Accordingly, the Defendant's Unopposed Motion for Permission to Release Documents and Memorandum of Law (Doc. 13) is DENIED WITHOUT PREJUDICE because it is moot.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on February 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel